

# Notice of Service of Process

null / ALL
Transmittal Number: 21586796
Date Processed: 06/05/2020

| | |
|---|---|
| **Primary Contact:** | Marti Cornwell<br>UNUM Group<br>1 Fountain Sq<br>Dept (7N200<br>Chattanooga, TN 37402-1307 |
| **Electronic copy provided to:** | Janna Thomas<br>Jen Majic<br>Judy Drake |
| **Entity:** | UNUM Life Insurance Company Of America<br>Entity ID Number  2979591 |
| **Entity Served:** | Unum Life Insurance Company of America |
| **Title of Action:** | Melissa Lucas vs. Unum Life Insurance Company of America |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Contract |
| **Court/Agency:** | Letcher County Circuit Court, KY |
| **Case/Reference No:** | 20-CI-00106 |
| **Jurisdiction Served:** | Kentucky |
| **Date Served on CSC:** | 06/04/2020 |
| **Answer or Appearance Due:** | 20 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| **Sender Information:** | Elizabeth A. Thornsbury<br>859-225-3731 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

| AOC-E-105  Sum Code: CI | | Case #: **20-CI-00106** |
|---|---|---|
| Rev. 9-14 | | Court: **CIRCUIT** |
| Commonwealth of Kentucky  Court of Justice    Courts.ky.gov | | County: **LETCHER** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **LUCAS, MELISSA VS. UNUM LIFE INSURANCE COMPANY OF AMERICA**, *Defendant*

TO: **CORPORATION SERVICE COMPANY**
  **421 WEST MAIN STREET**
  **FRANKFORT, KY 40601**

Memo: Related party is UNUM LIFE INSURANCE COMPANY OF AMERICA

The Commonwealth of Kentucky to Defendant:
**UNUM LIFE INSURANCE COMPANY OF AMERICA**

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.



Letcher Circuit Clerk
Date: **5/28/2020**

Presiding Judge: HON. JAMES W. CRAFT II (647364)

**Proof of Service**

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

  To: _____

☐ Not Served because: _____

Date: _____, 20____    _____
                               Served By

                               _____
                               Title

CI : 000001 of 000001

Summons ID: @00000080662
CIRCUIT: 20-CI-00106 Certified Mail
LUCAS, MELISSA VS. UNUM LIFE INSURANCE COMPANY OF AMERICA

Page 1 of 1

eFiled

COMMONWEALTH OF KENTUCKY
LETCHER CIRCUIT COURT
CIVIL DIVISION
CASE NO. 20-CI-106
*Electronically Filed*

MELISSA LUCAS     PLAINTIFF

vs.     **COMPLAINT**

UNUM LIFE INSURANCE COMPANY OF AMERICA     DEFENDANT

    **To be served through:**
    Corporation Service Company
    421 West Main Street
    Frankfort, Kentucky 40601

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

Comes the Plaintiff, Melissa Lucas, by and through counsel, and for her Complaint against Defendant Unum Life Insurance Company of America ("Unum" or "Defendant"), states as follows:

1. Plaintiff, Melissa Lucas, is, and was at all times relevant to the claims asserted herein, a citizen and resident of Letcher County, Kentucky.

2. Defendant Unum is an insurance company domiciled in the state of Maine, with a statutory home office located at 2211 Congress Street, Portland, Maine 04122. Unum is authorized to do the business of insurance in Kentucky by holding a Kentucky Certificate of Authority.

3. Unum's service of process agent is Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601, and Unum may be served through said service of process agent.

Presiding Judge: HON. JAMES W. CRAFT II (647364)

COM : 000001 of 000005

4. Jurisdiction and venue are proper in this Court, as Plaintiff is a citizen and resident of Letcher County, Kentucky, and was employed and worked in Letcher County, Kentucky, and Unum conducted business in Kentucky and Unum's actions caused damages in Letcher County, Kentucky.

5. Plaintiff was employed with Humana Inc. ("Humana") as a Humana Cares Manager at the time she became disabled as set forth herein.

6. Plaintiff received short-term disability benefits through exhaustion.

7. Unum supplied and issued a policy of insurance to Humana, where Plaintiff obtained coverage for long-term disability ("LTD") insurance. The applicable insurance policy number is believed to be 137513 001.

8. The LTD insurance policy provides for monthly disability benefit payments, based on a percentage of Plaintiff's pre-disability earnings.

9. The LTD policy defines disability and entitles Plaintiff to receive benefits, if Plaintiff meets the following definition:

> You are disabled when Unum determines that:
>
> – you are **limited** from performing the **material and substantial duties** of your **regular occupation** due to your **sickness** or **injury**; and
> – you have a 20% or more loss in your **indexed monthly earnings** due to the same sickness or injury.
>
> After 24 months of payments, you are disabled when Unum determines that due to the same sickness or injury, you are unable to perform the duties of any **gainful occupation** for which you are reasonably fitted by education, training or experience.
>
> The loss of a professional or occupational license or certification does not, in itself, constitute disability.
>
> …

Presiding Judge: HON. JAMES W. CRAFT II (647364)

COM : 000002 of 000005

2

> We may require you to be examined by a physician, other medical practitioner and/or vocational expert of our choice. Unum will pay for this examination. We can require an examination as often as it is reasonable to do so. We may also require you to be interviewed by an authorized Unum Representative.

10. Plaintiff, while working at Humana, became disabled as defined in her insurance policy on or about August 27, 2018. Plaintiff was unable to perform the material and substantial duties of her regular occupation since on or about August 22, 2018, and suffered a 20% or more loss in her monthly earnings due to her disability.

11. Benefits are payable to Plaintiff under the LTD insurance policy because she is disabled, as defined in the insurance policy, from performing her past occupation at Humana and any other gainful occupation.

12. Plaintiff applied for LTD benefits with Unum in a timely fashion, in the manner outlined in the insurance policy. Defendant's claim number for Plaintiff is 15751676.

13. Plaintiff provided proof that she was disabled from work, and that she was unable to perform her regular occupation.

14. Plaintiff was, and remains, unable to perform the material and substantial duties of her regular occupation, or any other gainful occupation, and she satisfies the definition of "disabled" under the LTD policy.

15. On or about June 7, 2019, Defendant began paying Plaintiff's request for LTD benefits under Reservation of Rights.

16. By letter dated July 11, 2019, Defendant denied Plaintiff's claim for LTD benefits beyond July 11, 2019.

17. On or about August 8, 2019, Plaintiff submitted a timely appeal to Defendant in the manner set forth in the applicable policy.

3

Filed 20-CI-00106 05/28/2020 Mike Watts, Letcher Circuit Clerk

18. By letter dated November 5, 2019 Defendant upheld the denial of Plaintiff's claim for LTD benefits.

19. The November 5, 2019 letter stated that Plaintiff has "a right to bring a civil suit under section 502 (a) of the Employee Retirement Income Security Act of 1974."

20. Plaintiff is entitled to payment of LTD benefits, as Plaintiff meets the definition of "disabled" under the terms of the applicable policy, and Defendant should be required to perform under its contract and pay benefits to Plaintiff.

21. The LTD insurance is an employee benefit governed by the Employee Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001 *et seq.*

22. Plaintiff has timely and properly exhausted any required administrative remedies and appeals.

## COUNT I

23. Plaintiff incorporates by reference all of the preceding paragraphs as if fully stated herein.

24. This count is brought under ERISA pursuant to 29 U.S.C. § 1132(a)(1)(B) as a result of Defendant's improper denials of benefits under the applicable plan and to recover benefits under the terms of the plan.

25. Defendant's decision to terminate benefits, and its refusal to approve benefits after receiving additional evidence on appeal, was wrong, arbitrary and capricious, against the evidence provided to Defendant, and a breach of fiduciary duty, all of which entitles Plaintiff to benefits under the terms of the plan, interest, and attorney's fees under 29 U.S.C. § 1132(a)(1)(B) and (g).

Presiding Judge: HON. JAMES W. CRAFT II (647364)

COM : 000004 of 000005

4

Filed 20-CI-00106 05/28/2020 Mike Watts, Letcher Circuit Clerk

26. Defendant's internal review is not subject to abuse of discretion review, and Plaintiff's claim should be reviewed de novo.

27. The damages sought for the aforesaid injuries are in excess of the jurisdictional limits of this Court.

WHEREFORE, Plaintiff demands the following relief:

Judgment against Defendant for full contractual benefits under 29 U.S.C. § 1132(a)(1)(B) and attorney's fees and interest under 29 U.S.C. § 1132(g) pursuant to ERISA.

Respectfully submitted:

/s/ Elizabeth A. Thornsbury
ELIZABETH A. THORNSBURY
Email: elizabeth@austinmehr.com
M. AUSTIN MEHR
Email: amehr@austinmehr.com
**Mehr, Fairbanks & Peterson
Trial Lawyers, PLLC**
201 West Short Street, Suite 800
Lexington, Kentucky 40507
Telephone: (859) 225-3731
Facsimile: (859) 225-3830
*Counsel for Plaintiff*

5





Mike Watts
Letcher County Circui[t]
Letcher Circuit & Dist[rict]
Letcher County Court[house]
156 Main Street, Suite
Whitesburg, Kentucky

9414 7266 9904 2969 3805 32
RETURN RECEIPT REQUESTED

20-CI-00106
CORPORATION SERVICE COMPANY
421 WEST MAIN STREET
FRANKFORT, KY 40601

RESTRICTED DELIVERY

4060181815 C003