UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHER DIVISION – PIKEVILLE
*ELECTRONICALLY FILED*

| | |
|---|---|
| MELISSA LUCAS, ) <br> ) <br>      Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNUM LIFE INSURANCE COMPANY ) <br> OF AMERICA, ) <br> ) <br>      Defendant. ) | Case No. 7:20-cv-00091-REW-EBA |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

*** *** *** ***

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Melissa Lucas and Defendant Unum Life Insurance Company of America, by and through their respective undersigned counsel, hereby stipulate and agree that the above-captioned case and all claims asserted in the Complaint shall be and are hereby dismissed with prejudice, with each party to bear their own costs and fees.

Dated: March 19, 2021

**HAVE SEEN AND AGREED TO:**

| | |
|---|---|
| */s/ Elizabeth A. Thornsbury* <br> ELIZABETH A. THORNSBURY <br> Email: elizabeth@austinmehr.com <br> **Mehr, Fairbanks & Peterson** <br> **Trial Lawyers, PLLC** <br> 201 West Short Street, Suite 800 <br> Lexington, Kentucky 40507 <br> *Counsel for Plaintiff* | */s/ Ann Michelle Turner* (with permission) <br> ANN MICHELLE TURNER <br> Email: mturner@turnerkeal.com <br> **Turner, Keal & Button PLLC** <br> 10624 Meeting St, #101 <br> Prospect, KY 40059 <br> *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following registered participants:

- **M. Austin Mehr**
  amehr@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, pgf@austinmehr.com,shall@austinmehr.com
- **Elizabeth Ann Thornsbury**
  elizabeth@austinmehr.com,amlopsc@yahoo.com,knolen@austinmehr.com, shall@austinmehr.com
- **Ann Michelle Turner**
  mturner@turnerkeal.com,mturner10624@gmail.com

**Manual Notice List**

- No manual recipients

/s/ *Elizabeth A. Thornsbury*
ELIZABETH A. THORNSBURY